# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Dawn Mills, LuAnn Cosgrove and Michael
Cosgrove, individually and on behalf of all
others similarly situated,

          Plaintiffs,

v.

Roto-Rooter Services Company,

          Defendant.

Civil No. 11-3601 (RHK/JJG)

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

---

      Pursuant to the parties' Stipulation of Dismissal without Prejudice (Doc. No. 24),

**IT IS ORDERED** that the above-captioned action is **DISMISSED WITHOUT**

**PREJUDICE** and without costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 23, 2012

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge