## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Mills, LuAnn Cosgrove and Michael Cosgrove, individually and on behalf of all others similarly situated, | Civil No. 11-3601 (RHK/JJG) |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Roto-Rooter Services Company, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal without Prejudice (Doc. No. 24),

**IT IS ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 23, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
